IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case Number 3:15cr69/MCR

KYLE E. HUDSON
_____/

## FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

This case involves a source of almost pure methamphetamine ("ice") from the area of Seattle, Washington, who was supplying large amounts of the drug into Pensacola. Essentially, the Washington source (defendant Kyle Hudson) and co-defendant William Lucas worked together for methamphetamine to be procured in Washington and then transported to Florida by various means during the time frame noted in the indictment. It was almost pure methamphetamine (averaging over 95% pure).

The illicit relationship between defendant Hudson and co-defendant Lucas began around January 2015, when co-defendant Lucas contacted defendant Hudson



1

in an effort to obtain methamphetamine.[1] In February 2015, co-defendant Lucas once again contacted defendant Hudson for methamphetamine. This led to two parcels of methamphetamine being mailed by defendant Hudson to co-defendant Lucas for further distribution in Pensacola. The second of those parcels was intercepted by law enforcement as noted below.

On March 19, 2015, the Pensacola Police Department (PPD) executed a search warrant on XXXX Suntan Circle. PPD observed co-defendant Lucas leave the residence to travel to his state probation officer. PPD and the U.S. Postal Inspection Service met co-defendant Lucas at said meeting, and they confronted him with the above noted second parcel that was being sent to his address by defendant Hudson.

While this meeting was taking place, other members of PPD witnessed co-defendant April Vasquez exit the aforementioned residence with a large plastic bin. She placed it in her vehicle. PPD began to execute the SW as she tried to pull away. A lawful traffic stop was conducted on her vehicle. After a positive K-9 alert on the vehicle, a search was conducted. Inside the plastic bin, officers located 68 grams of methamphetamine in three plastic bags. In the master bedroom of the residence (belonging to co-defendant Lucas), PPD located small baggies for the

---

[1] Defendant Hudson and co-defendant Lucas had a prior relationship based upon their time in the Armed Forces.

distribution of methamphetamine, a digital scale, $2,000 in currency, and a methamphetamine "owe sheet."

A few days later, co-defendant Vasquez requested a meeting with the Drug Enforcement Administration. She was advised of her rights. Thereafter, co-defendant Vasquez informed law enforcement that co-defendant Lucas was responsible for obtaining/distributing the methamphetamine. She went on to explain that she previously witnessed co-defendant Lucas sell methamphetamine on a weekly basis. Co-defendant Vasquez identified defendant Hudson as a source in Seattle for co-defendant Lucas.

Based upon said information, amongst other things, PPD obtained a search warrant for the above noted parcel (that was sent to the Suntan Circle address). The parcel contained 445 grams of 98% pure methamphetamine from defendant Hudson.

Based upon all the information herein, PPD obtained search warrants for cellular telephones found on/about co-defendant Lucas on March 19, 2015. Said searches revealed text messages between Hudson-Lucas-Vasquez leading up to a March 17th transportation of methamphetamine by co-defendant Vasquez. What these text messages revealed was that co-defendant Lucas arranged to fly co-defendant Vasquez out to defendant Hudson (in Seattle) to pick up

methamphetamine.[2] The text messages discuss travel details as well as defendant Hudson "fronting" methamphetamine for co-defendant Lucas to pay for at a later date. All of the text messages can be linked via phone possession and/or subscriber records to the three co-defendants. Law enforcement possesses flight records for co-defendant Vasquez that confirm the ~~March 2015~~ March 17, 2015 travel to defendant Hudson.

On April 17, 2015, while in jail pending her state charges, co-defendant Vasquez requested to speak again with the Drug Enforcement Administration. She was again advised of her rights. She explained that she had retrieved methamphetamine (confirmed in March 2015) from defendant Hudson and then wore the methamphetamine in an adult diaper through airport security (this means of transport is corroborated by text messages discussing the defendant wearing a diaper). Defendant Hudson concedes that after the interception of a parcel of methamphetamine sent through the mail, ~~Hudson-Lucas-Vasquez~~ Lucas and Vasquez arranged for co-defendant Vasquez to transport methamphetamine via airline.

Upon arrest on the instant indictment, the defendant was in possession of methamphetamine for further sale. In sum, the defendant conspired to distribute in excess of 1 kilogram of methamphetamine ("ice") during the course of the

---

[2] For example, a text from Lucas to Hudson, describing Vazquez, reads: "Your the best. She can arrive Tuesday 1215. And departs same day 315pm. If that works for you? Shes a big girl and will mule it out." This led directly into the March 17, 2015, methamphetamine pick up by Vazquez in Washington.

conspiracy. He did this to further the distribution of said methamphetamine for his co-defendants and source of supply. Moreover, all the conspirators utilized their cellular telephones facilities to further their illicit venture as noted above.

**Elements of the Offense**

Eleventh Circuit Pattern Jury Instructions (2015) - Criminal, Offense Instr. 100, 99 & 98 have been reviewed by the defendant along with her counsel.

CHRISTOPHER P. CANOVA
Acting United States Attorney

_RandallLockhart_
RANDALL S. LOCKHART
Attorney for Defendant
Michigan Bar No. P58597
3 W. Garden Street, Suite 200
Pensacola, Florida 32502
(850) 432-1418

2-4-16
Date

DAVID L. GOLDBERG
Assistant U.S. Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

2/5/16
Date

KYLE E. HUDSON
Defendant

2/4/16
Date